UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ALIX MICHAEL,

Plaintiff,

-v-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

---------------------------------------------------------------------- X

24 Civ. 9837 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

The Court is inclined to stay this case based on certain overlapping issues with a case currently on appeal at the Second Circuit and scheduled for oral argument on September 3, 2026, *Pistilli v. First Unum Life Insurance Company*, No. 25-2866. By August 27, 2026, the parties shall advise the Court whether they oppose a stay of this case pending the resolution of *Pistilli*, and, if so, the basis for their opposition.

SO ORDERED.

Dated: August 24, 2026
New York, New York

JOHN P. CRONAN
United States District Judge