UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIX MICHAEL,

Plaintiff,

-v-

FIRST UNUM LIFE INSURANCE COMPANY,

Defendant.

24 Civ. 9837 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 24, 2026, the Court ordered the parties to "advise . . . whether they oppose a stay of this case pending the resolution of" *Pistilli v. First Unum Life Insurance Company*, No. 25-2866 (2d Cir. 2026), given "certain overlapping issues" with that case, "and, if so, the basis for their opposition" by August 27, 2026. Dkt. 37. That date has passed and the parties have indicated no opposition to a stay. The Court thus stays this case pending the resolution of *Pistilli*. The parties may file supplemental papers about the effect, if any, of *Pistilli* within two weeks of the Second Circuit resolving that case. The Clerk of Court is respectfully directed to stay this case.

SO ORDERED.

Dated: August 28, 2026
New York, New York

JOHN P. CRONAN
United States District Judge